in the defendant's term of supervised release, Federal Rule of Criminal Procedure 43 requires the defendant to be present and have the opportunity to allocute.

Both parties advise, however, that the defendant has completed his term of imprisonment and has been deported.

Because the defendant has been deported to the Republic of Mexico and is legally unable, without permission of the Attorney General, to reenter the United States to be present for a resentencing proceeding as required by Rule 43, there is no relief we are able to grant him and his appeal is moot.

*Id.* at 382–83.

*Rosenbaum–Alanis* controls our decision in this case. Accordingly, Guardado's appeal is DISMISSED as moot.

---

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:*

Former state prisoner Willie Norris Barker appeals the dismissal with prejudice of his pro se, in forma pauperis "Independent Action" as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). Barker's reliance on FED.R.CIV.P. 60(b) to challenge a prior conviction is misplaced. *See Hess v. Cockrell,* 281 F.3d 212, 216–17 (5th Cir. 2002); *United States v. O'Keefe,* 169 F.3d 281, 289–90 (5th Cir.1999). Furthermore, Barker did not raise a mental illness claim in the instant proceeding. Barker's appeal is frivolous. *See* 5TH CIR. R. 42.2.

APPEAL DISMISSED.

---

**Willie Norris BARKER,**
**Plaintiff–Appellant,**

v.

**State of MISSISSIPPI, Defendant–**
**Appellee.**

**No. 06–60165**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 17, 2007.

Willie Norris Barker, for Plaintiff–Appellant.

---

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jacobo Oswaldo ORO–HERNANDEZ,**
**Defendant–Appellant.**

**No. 06–40576**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 17, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.